**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA
f/u/b/o L&W SUPPLY CORPORATION
d/b/a SEACOAST SUPPLY

      VS                                    CASE NO.  3:08cv56/MCR/MD

DICK CORPORATION, et al.

**REFERRAL AND ORDER**

Referred to Judge M. Casey Rodgers on  November 10, 2008

Motion/Pleadings:   Defendant M&B SMITH CONSTRUCTION MANAGEMENT, INC's UNOPPOSED MOTION TO SET ASIDE DEFAULT (re doc.84)

Filed by  deft/M&B CONSTRUCTION  on  11/10/2008  Doc.#  102

RESPONSES:

                                             on                Doc.#

                                             on                Doc.#

_____ Stipulated    _____ Joint Pldg.

_____ Unopposed    _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

/s/ *C. Justice*

LC (1 OR 2)                Deputy Clerk

## *ORDER*

    Upon consideration of the foregoing, it is ORDERED this 12th day of November, 2008, that:

    The relief requested is GRANTED.  Defendant must file its response to plaintiff's Amended Complaint within 10 days of this order.  Defendant's counsel must also confer with plaintiff's counsel regarding discovery and Rule 26 and file with the court a proposed discovery plan within 10 days of filing its response.

                             s/ *M. Casey Rodgers*

Entered On Docket: _____ By: __

Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP

Copies sent to:_____

                                  **M. CASEY RODGERS**
                          **United States District Judge**

Document No.