**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA
f/u/b/o L&W SUPPLY CORPORATION
d/b/a SEACOAST SUPPLY

     VS                                               CASE NO.  3:08cv56/MCR/MD

DICK CORPORATION, et al.

**REFERRAL AND ORDER**

Referred to Judge M. Casey Rodgers on November 10, 2008

Motion/Pleadings:   Defendant DARLENE SMITH a/k/a SHAREN DARLENE SMITH a/k/a SHAREN DARLENE FELTS SMITH'S UNOPPOSED MOTION TO SET ASIDE DEFAULT (re doc.84)

Filed by deft/DARLENE SMITH     on 11/10/2008     Doc.# 103

RESPONSES:

                                                 on               Doc.#
                                               on               Doc.#

\_\_\_\_ Stipulated    \_\_\_\_ Joint Pldg.
\_\_\_\_ Unopposed    \_\_\_\_ Consented

WILLIAM M. McCOOL, CLERK OF COURT

/s/ *C. Justice*
LC (1 OR 2)                              Deputy Clerk

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 12th day of November, 2008, that:*

*The relief requested is GRANTED.  Defendant must file its response to plaintiff's Amended Complaint within 10 days of this order.  Defendant's counsel must also confer with plaintiff's counsel regarding discovery and Rule 26 and file with the court a proposed discovery plan within 10 days of filing its response.*

/s/ *M. Casey Rodgers*
*M. CASEY RODGERS
United States District Judge*

Entered On Docket: _____ By: \_\_
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.