# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA
f/u/b/o L&W SUPPLY CORPORATION
d/b/a SEACOAST SUPPLY

     VS                                         CASE NO.  3:08cv56/MCR/MD

DICK CORPORATION, et al.

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on _November 10, 2008_

Motion/Pleadings: __Defendant MICHAEL A. SMITH a/k/a MICHAEL ALTON SMITH'S UNOPPOSED MOTION TO SET ASIDE DEFAULT (re doc.84)__

Filed by _deft/MICHAEL A SMITH_ on _11/10/2008_ Doc.# _104_

RESPONSES:

_____ on _____ Doc.# _____

_____ on _____ Doc.# _____

_____ Stipulated     _____ Joint Pldg.

_____ Unopposed     _____ Consented

                                WILLIAM M. McCOOL, CLERK OF COURT

_____     /s/ C. Justice _____

LC (1 OR 2)     Deputy Clerk

## ***ORDER***

     *Upon consideration of the foregoing, it is ORDERED this 12th day of November, 2008, that:*

     *The relief requested is GRANTED. Defendant must file its response to plaintiff's Amended Complaint within 10 days of this order. Defendant's counsel must also confer with plaintiff's counsel regarding discovery and Rule 26 and file with the court a proposed discovery plan within 10 days of filing its response.*

                     /s/ *M. Casey Rodgers*

                       **M. CASEY RODGERS**
                 **United States District Judge**

Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
_____

Document No.