**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA, for the use
and benefit of L & W SUPPLY
CORPORATION d/b/a SEACOAST SUPPLY,

    Plaintiff,

v.

DICK CORPORATION; et al.,

    Defendants.

Case No. 3:08cv56/MCR/MD

CONSOLIDATED WITH:
3:08cv226/MCR
3:08cv300/MCR
3:08cv360/MCR
3:08cv444/MCR
3:08cv375/MCR
3:08cv410/MCR

**AGREED ORDER APPROVING JOINT STIPULATION REGARDING**
**DEFENDANTS' REQUEST TO STRIKE PLAINTIFFS' DEMANDS**
**FOR ATTORNEYS' FEES IN COUNTS III THROUGH VI**
**OF THE FIRST AMENDED COMPLAINT [D.E. # 27 IN CASE 3:08cv226/MCR]**

The Parties' Joint Stipulation Regarding Defendants' Request to Strike Plaintiffs' Demands for Attorneys' Fees in Counts III through VI of the First Amended Complaint [D.E. #27 in Case 3:08-cv-26-MCR] (the "Stipulation") having been presented to the Court, it is hereby

ORDERED and ADJUDGED that:

1. The terms of the Stipulation are approved.

2. Plaintiffs' demands for attorneys' fees in Counts III through VI of the First Amended Complaint [D.E. #27 in case 3:08-cv-226-MCR] are stricken.

DONE AND ORDERED in Chambers in Pensacola, Florida this 17th day of December, 2008.

    *s/ M. Casey Rodgers*
    **M. CASEY RODGERS**
    **UNITED STATES DISTRICT JUDGE**