# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA,
et al

    VS                                    CASE NO. 3:08cv56/MCR/MD

DICK CORPORATION, et al

**REFERRAL AND ORDER**

Referred to Judge Rodgers on     JANUARY 14, 2009
Type of Motion/Pleading: RENEWED MOTION OF TRITT, FRANSON, HENDERSON & ISELEY, P.A. FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANTS
Filed by:     DEFENDANTS     on   1/8/09    Document    163
( ) Stipulated/Consented/Joint Pleading
RESPONSES:
_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

WILLIAM M. McCOOL, CLERK OF COURT

   s/Donna Bajzik
Deputy Clerk

**ORDER**

    Upon consideration of the foregoing, it is ORDERED this 20th day of January, 2009, that:

    The requested relief is GRANTED. Defendants shall have thirty (30) days to retain substitute counsel. Should counsel fail to appear on behalf of defendants Michael Smith and Darlene Smith within the allotted time, the court will assume defendants have elected to proceed pro se. Should counsel fail to appear on behalf of defendants M&B Smith Construction Management, Inc., and S&S Construction Company, LLC, within the allotted time, the court will assume defendants have no intention of defending this action and default will be entered accordingly. See Palazzo v. Gulf Oil Corp., 764 F.2d 1381, 1385 (11th Cir. 1985).

                                                        s/ *M. Casey Rodgers*
                                              **M. CASEY RODGERS**
                                              **UNITED STATES DISTRICT JUDGE**