**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**UNITED STATES OF AMERICA, for the use
and benefit of L & W SUPPLY CORPORATION
d/b/a SEACOAST SUPPLY,**

       Plaintiff,

v.                                                                                    **Lead Case No. 3:08cv56/MCR**
                                                                                                  3:08cv/226/MCR
                                                                                                  3:08cv300/MCR
**DICK CORPORATION, et al.,**                                    3:08cv360/MCR
                                                                                                  3:08cv444/MCR
       **Defendants.**                                            3:08cv375/MCR
                                                                                                  3:08cv410/MCR
                                                                                                   3:09cv44/MCR

_____/

**O R D E R**

      The court this date conducted a scheduling conference in the above entitled, consolidated action.  As directed by the court during the conference, counsel for each of the parties will confer and seek to reach agreement with regard to a comprehensive scheduling plan for this action.  After consulting with all counsel in the case, attorney Robert Palmer -- on behalf of all of the parties -- will file no later than **May 11, 2009,** a joint proposed scheduling plan which addresses in detail discovery (including deadlines for initial and expert disclosures), dispositive motions, mediation, joinder of parties, amendment of the pleadings (including the filing of motions and responses), possible trial dates, and any other matters that may assist in moving this case forward to resolution expeditiously.

      Any party opposing the proposed plan must file its specific objections, along with an alternate proposal, no later than **May 11, 2009.**

      **DONE AND ORDERED** this 27th day of April, 2009.


                                                                    s/ *M. Casey Rodgers*
                                                                    **M. CASEY RODGERS
                                                                    UNITED STATES DISTRICT JUDGE**