# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### DIVISION

THE UNITED STATES OF AMERICA for
the use and benefit of BRADCO
SUPPLY
CORPORATION,

     VS                                  CASE NO.3:08cv56-MCR/MD
DICK CORPORATION, et al.                CONSOLIDATED

## REFERRAL AND ORDER

Referred to Judge Rodgers on  7/29/2009

Type of Motion/Pleading MOTION FOR DEFAULT AGAINST CAROLINA REALTY AND
DEVELOPMENT COMPANY INC

Filed by: DICK CORPORATION     on 7/29/09      Doc. No. 315

( ) Stipulated/Consented/Joint Pleading

RESPONSES:

AMERICAN CONTRACTORS INDEMNITY    on 8/12/09      Doc. No. 319
   COMPANY

DICK CORPORATION               on 8/27/09      Doc. No. 339

                         WILLIAM M. McCOOL, CLERK OF COURT

                         */s/Donna Bajzik*
                         Deputy Clerk: Donna Bajzik

## ORDER

     Upon consideration of the foregoing, it is ORDERED this 31st day of
August, 2009, that:

     Though counsel for ACIC filed an answer on behalf of Carolina Realty
& Development Company, Carolina Realty presently is not represented by
legal counsel.  The court will allow 14 days for counsel to appear on
behalf of Carolina Realty.  Should counsel fail to appear within the
allotted time, Dick Corporation's motion for default will be granted.
See Palazzo v. Gulf Oil Corp., 764 F.2d 1381, 1385 (11th Cir. 1985).

                 s/ *M. Casey Rodgers*

            **M. CASEY RODGERS**
            **UNITED STATES DISTRICT JUDGE**