# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA for the
use and benefit of L&W Supply Corp., et al.,

    Plaintiffs,

vs.                                  CASE NO.: 3:08cv56/MCR/MD
                                            (Lead Case/Consolidated)

DICK CORPORATION, et al.,

    Defendants.
_____/

## ORDER STAYING THE CASE

THIS CAUSE comes before the court on the Suggestion of Bankruptcy filed on behalf of Michael A. Smith. (Doc. 383). Defendants Michael A. Smith and Darlene F. Smith have filed for Chapter 7 bankruptcy in the United States Bankruptcy Court for the Southern District of Alabama, Case No. 09-14025. As a consequence of the bankruptcy petition, the case against these defendants is automatically STAYED. *See* 11 U.S.C.A. § 362(a)(1) (West 2003). The stay shall remain in effect until the bankruptcy case is disposed of by the bankruptcy court. *See* 11 U.S.C.A. § 362(c) (West 2003).

Accordingly, it is hereby ordered that pursuant to the bankruptcy petition of defendants Michael A. Smith and Darlene F. Smith, this case against said defendants is automatically STAYED. The stay shall remain in effect until the bankruptcy case has been disposed of by the bankruptcy court.

ORDERED on this 9th day of October, 2009.

                                              *s/ M. Casey Rodgers*
                                              **M. CASEY RODGERS**
                                              **UNITED STATES DISTRICT JUDGE**