IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,
for the use and benefit of L & W
SUPPLY CORPORATION, d/b/a
SEACOAST SUPPLY,
    Plaintiff,

vs.                                    CASE NO.: 3:08cv56/MCR/MD

DICK CORPORATION, et al.,         (Lead Case/Consolidated)
    Defendants.
                                   /

## O R D E R

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on September 23, 2009, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The motion to amend/correct the complaint (doc. 301) is DENIED without prejudice to the filing of a renewed motion with a new proposed amended complaint as discussed at the hearing held on September 22, 2009 before Magistrate Judge Miles Davis.

DONE AND ORDERED this 9th day of October, 2009.

                                            *s/ M. Casey Rodgers*
                                            **M. CASEY RODGERS**
                                            **UNITED STATES DISTRICT JUDGE**